**Opinion issued April 6, 2015**



In The

# Court of Appeals

For The

# First District of Texas

—————————————

## NO. 01-15-00304-CV

—————————————

## IN RE AMERICAN FISHERIES, INC., Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, American Fisheries, Inc., submitted a petition for writ of mandamus late on Saturday, April 4, 2015, which was not filed in this Court until April 6, 2015, seeking to compel the respondent trial court to vacate its order, signed on March 24, 2015, granting the real parties in interest's motion to strike third-party defendant Feng Shao's deposition, and its April 2, 2015 order denying the relator's

motion to reconsider the March 24th order.[1]  With their petition, relator also submitted an emergency motion for temporary relief late on Saturday, April 4, 2015, which was also not filed in this Court until April 6, 2015, seeking a stay of the jury trial set for April 6, 2015, pending resolution of their petition.  The Court, having examined and considered the petition and appendix, is of the opinion that relator has not established itself entitled to the mandamus relief sought.

Accordingly, we **deny** the petition for writ of mandamus.  *See* TEX. R. APP. P. 52.8(a), (d).  We **dismiss** the emergency motion for temporary relief as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Bland, and Massengale.

---

[1]  The underlying case is *American Fisheries, Inc. v. Nat'l Honey, Inc. d/b/a Nat'l Commodities Co., Nat'l Honey, Inc. d/b/a NCC Group, Ltd., Jun Yang, individually and Lin Huang, individually*, Cause No. 2013-29749, pending in the 157th District Court of Harris County, Texas, the Honorable Randy Wilson presiding.